IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBBY ALLEN HARPER                                                      PLAINTIFF

v.                              No. 3:16-cv-206-DPM

RYAN SKELTON, Probation Officer                                         DEFENDANT

ORDER

Harper hasn't filed an amended complaint; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 September 2016