# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**ROBBY ALLEN HARPER**                                        **PLAINTIFF**

v.                             No. 3:16-cv-206-DPM

**RON HUNTER, Judge;**
**RYAN SKELTON, Probation Officer**                 **DEFENDANTS**

## JUDGMENT

Harper's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 September 2016